**William A. MYERS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3183.

United States Court of Appeals, Federal Circuit.

May 8, 2009.

*ORDER*

Upon consideration of the petitioner's motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Michael MARRIN and ETCH–IT, Inc., Plaintiffs–Appellees,**

v.

**Jeffrey GRIFFIN and Claudia Griffin, Defendants–Appellants.**

**Jeffrey Griffin and Claudia Griffin, Plaintiffs–Appellants,**

v.

**Heidi Marrin, Michael Marrin, and ETCH–IT, Inc., Defendants–Appellees.**

No. 2009–1031.

United States Court of Appeals, Federal Circuit.

May 8, 2009.

Derek A. Eletich, Schnader, Harrison Segal & Lewis, San Francisco, CA, for Plaintiffs–Appellants/Defendants–Appellants.

Mark H. Plager, Plager Law Offices, Huntington Beach, CA, for Plaintiffs–Appellees/Defendants–Appellees.

*ORDER*

Upon consideration of the appellants' motion to reconsider the court's dismissal order and motion for an extension of time to file the joint appendix,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated.